# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR0516-H |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ROBERT NATHAN ALM, | |
| Defendant. | |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    18:2113(a) and 2113(d)- Armed Bank Robbery; 18:924(c)(1)-Use and Carrying of a Firearm During the Commission of a Crime of Violence

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 20, 2012

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

FILED
MAR 20 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY